UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:14-cv-60333-CMA

RANDI WATON, individually,

    Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP,
a foreign limited partnership,

    Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff RANDI WATON and Defendant GC SERVICES LIMITED PARTNERSHIP hereby stipulate that Plaintiff's action should be dismissed with prejudice with each party to bear its own costs and attorneys fees, except as otherwise agreed.

WHEREFORE, the Plaintiff and Defendant respectfully request that this case be dismissed with prejudice.  Respectfully submitted this 11th day of July, 2014.

| | |
|---|---|
| BRET L. LUSSKIN, Esq. | BARBARA FERNANDEZ, Esq. |
| Attorney for Plaintiff | *Attorney for Defendant* |
| 20803 Biscayne Blvd., Ste 302 | HINSHAW & CULBERTSON LLP |
| Aventura, Florida 33180 | 2525 Ponce De Leon Blvd., Suite 400 |
| Telephone: (954) 454-5841 | Miami, Florida 33134 |
| Facsimile: (954) 454-5844 | Telephone: 305-358-7747 |
| blusskin@lusskinlaw.com | Facsimile: 305-577-1063 |
| | bfernandez@hinshawlaw.com |
| By:  /s/ Bret L. Lusskin, Esq. | By:  /s/ Barbara Fernandez, Esq. |
|     Bret L. Lusskin, Esq. |     Barbara Fernandez, Esq. |
|     Florida Bar No. 28069 |     Florida Bar No. 493767 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of July, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing

document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

>BRET L. LUSSKIN, Esq.
>*Attorney for Plaintiff*
>20803 Biscayne Blvd., Ste 302
>Aventura, Florida 33180
>Telephone: (954) 454-5841
>Facsimile: (954) 454-5844
>blusskin@lusskinlaw.com
>
>By: /s/ Bret L. Lusskin, Esq.
>    Bret L. Lusskin, Esq.
>    Florida Bar No. 28069

2